UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20615-CR-COOKE

UNITED STATES OF AMERICA

vs.

LOUIS ROBAINA,

       Defendant.
_____/

VERDICT FORM

We, the jury, unanimously find as follows:

1. As to Count 1, conspiracy to commit health care fraud and wire fraud,

       __X_____            _____
         Guilty                                    Not Guilty

We, the Jury, having found the defendant LOUIS ROBAINA guilty of the offense charged in Count 1, Conspiracy to Commit Health Care Fraud and Wire Fraud, further find with respect to that Count that he conspired to (place an x in each appropriate box):

    [X]    Knowingly, and with intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that they were false and fraudulent when

28

made, and transmitting and causing to be transmitted in interstate commerce, by means of wire communication, certain writings, signs, signals, pictures and sounds, for the purpose of executing the scheme and artifice.

☒ Knowingly and willfully execute, or attempt to execute, a scheme or artifice to defraud a health-care benefit program, or to get any of the money or property owned by, or under the custody or control of, a health- care benefit program by means of false or fraudulent pretenses, representations, or promises.

2. As to Count 2, Health Care Fraud,

_____  _____X_____
Guilty                        Not Guilty

3. As to Count 3, Health Care Fraud,

_____  _____X_____
Guilty                        Not Guilty

4. As to Count 4, Health Care Fraud,

_____  _____X_____
Guilty                        Not Guilty

29

5. As to Count 5, Health Care Fraud,

_____    _____X_____
Guilty                Not Guilty

6. As to Count 6, Health Care Fraud,

_____    _____X_____
Guilty                Not Guilty

7. As to Count 7, Money Laundering,

_____X_____    _____
Guilty                Not Guilty

8. As to Count 8, Money Laundering,

_____X_____    _____
Guilty                Not Guilty

SO SAY WE ALL.

Signed and dated at the United States Courthouse, Miami, Florida, this __19__ day of December, 2018.

_____
Foreperson's Printed Name

_____
Foreperson's Signature

30